UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                      Case No. 2:21–cr–20357–NGE
                                            Hon. Nancy G. Edmunds

Devonte Johnson,

                    Defendant,

**REQUEST FOR TRANSFER OF JURISDICTION**

It is hereby requested that the jurisdiction of the probationer or supervised releasee named above be transferred from the Western District of Kentucky to the Eastern District of Michigan.

                                            By: s/D Hrinciuc
                                                  Probation Clerk

Dated:  June 1, 2021