# U.S. District Court
# Western District of Kentucky (Louisville)
# CRIMINAL DOCKET FOR CASE #: 3:17−cr−00076−RGJ−1

| | |
|---|---|
| Case title: USA v. Johnson et al | Date Filed: 06/07/2017 |
| | Date Terminated: 01/17/2019 |

Assigned to: Judge Rebecca Grady Jennings

### Defendant (1)

| | | |
|---|---|---|
| **Devonte Johnson**<br>*TERMINATED: 01/17/2019* | represented by | **Patrick J. Bouldin**<br>Western Kentucky Federal Community Defender, Inc.<br>629 Fourth Avenue, Suite 200<br>Louisville, KY 40202<br>502−584−0525<br>Fax: 502−584−2808<br>Email: patrick_bouldin@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and 841(b)(1)(A) and 18:2 − CONTROLLED SUBSTANCE − SELL, DISTRIBUTE, OR DISPENSE<br>(1) | BOP− 35 months; 3 years S/R; $100 SPA |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Larry E. Fentress**<br>U.S. Attorney Office − Louisville<br>717 W. Broadway<br>Louisville, KY 40202<br>502−582−6772<br>Fax: 502−582−5097<br>Email: kywd_ecf_deadletter@kywd.uscourts.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2017 | 1 | INDICTMENT as to Devonte Johnson (1) count(s) 1, Courtney Willis (2) count(s) 1. (DAK) (Entered: 06/07/2017) |
| 06/07/2017 | 3 | NOTICE OF ATTORNEY APPEARANCE Larry E. Fentress appearing for USA. (DAK) (Entered: 06/07/2017) |
| 06/07/2017 | 4 | UNREDACTED DOCUMENT re 1 Indictment (DAK) (Entered: 06/07/2017) |
| 06/07/2017 | 5 | Sealed Document (Attachments: # 1 Indictment) (DAK) (Entered: 06/07/2017) |
| 06/07/2017 | 7 | Case Assignment (Random Selection): Case Assigned to Judge David J. Hale. Magistrate Judge Colin H. Lindsay. (DAK) (Entered: 06/07/2017) |
| 01/02/2018 | 8 | Rule 5/40 Documents Received from ARED, Case Number 4−17−mj−244−JTK as to Devonte Johnson (MLG) (Entered: 01/03/2018) |
| 01/02/2018 |  | Arrest of Devonte Johnson in ARED. (MLG) (Entered: 01/03/2018) |
| 02/02/2018 |  | Proceedings held before Magistrate Judge Dave Whalin:Initial Appearance and Arraignment as to Devonte Johnson (1) Count 1 held on 2/2/2018 (JAC) (Entered: 02/06/2018) |
| 02/06/2018 | 9 | NOTICE OF ATTORNEY APPEARANCE: Patrick J. Bouldin appearing for Devonte Johnson (Bouldin, Patrick) (Entered: 02/06/2018) |
| 02/06/2018 | 10 | ORDER FOLLOWING ARRAIGNMENT by Magistrate Judge Dave Whalin as to Devonte Johnson. Initial Appearance and Arraignment held 2/2/2018. Defendant entered not guilty plea. Jury Trial set for 4/9/2018 09:30 AM in Louisville Courtroom before Judge David J. Hale. Trial memorandum due by 3/19/2018. Detention Hearing set for 2/6/2018 01:30 PM in Louisville Courtroom before Magistrate Judge Dave Whalin. Parties to comply with additional deadlines as set forth. Defendant remanded to USM custody. cc: counsel, USP, Jury Clerk (JAC) (Entered: 02/06/2018) |
| 02/06/2018 | 11 | Appearance Bond and Order Setting Conditions of Release Entered as to Devonte Johnson in amount of $ 25,000.00, (DAK) (Entered: 02/07/2018) |
| 02/06/2018 | 12 | ORDER ON DETENTION HEARING (EBOC) held before Magistrate Judge Dave Whalin on 2/6/2018 as to Devonte Johnson − Defendant is released on an unsecured bond in the amount of $25,000.00 with conditions. cc: Counsel, USP (DAK) (Entered: 02/07/2018) |
| 03/05/2018 | 13 | Unopposed MOTION to Continue *Trial* by USA as to Devonte Johnson. (Attachments: # 1 Proposed Order) (Fentress, Larry) (Entered: 03/05/2018) |
| 03/08/2018 | 14 | ORDER by Judge David J. Hale on 3/7/2018 as to Devonte Johnson − Motion to continue Jury Trial (DN 13) is GRANTED. Jury Trial is RESET for 8/6/2018 09:30 AM in Louisville Courtroom before Judge David J. Hale. Under the Speedy Trial Act, 4/9/2018−8/6/2018 is excludable time. Motions for additional discovery or inspection due by 3/21/2018. Expert Witness List due by 6/4/2018. Rebuttals due by 6/11/2018. Daubert Motion due by 6/18/2018. Suppression Motion due by 6/18/2018. Trial Memorandum due by 7/16/2018. Motions in limine due by 7/16/2018 (Responses due by 7/23/2016 with no replies). cc: Counsel, Jury Administrator (DAK) (Entered: 03/08/2018) |
| 03/12/2018 | 15 | Unopposed MOTION to Modify Conditions of Release by Devonte Johnson. (Attachments: # 1 Proposed Order) (Bouldin, Patrick) (Entered: 03/12/2018) |
| 03/12/2018 | 16 | TEXT ORDER by Judge David J. Hale on 3/12/2018; Referring Motion as to Devonte Johnson. Counsel for the defendant having filed a unopposed motion to modify conditions of release 15 . IT IS HEREBY ORDERED that pursuant to Title 28, Section 636(b)(1)(A)(B), U.S. Code, this motion is referred to Magistrate Judge Dave Whalin for a hearing, if necessary, and disposition.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached. |

| | | |
|---|---|---|
| | | cc:counsel (NWT) (Entered: 03/12/2018) |
| 03/13/2018 | 17 | ORDER by Magistrate Judge Dave Whalin granting Defendant's 15 Motion to Modify Conditions of Release as to Devonte Johnson (1). cc: Counsel(MEG) (Entered: 03/13/2018) |
| 03/22/2018 | 18 | Unopposed MOTION to Modify Conditions of Release by Devonte Johnson. (Attachments: # 1 Proposed Order) (Bouldin, Patrick) (Entered: 03/22/2018) |
| 03/23/2018 | 19 | TEXT ORDER by Judge David J. Hale on 3/23/2018; Referring Motion as to Devonte Johnson. Counsel for the defendant having filed a unopposed motion to modify conditions of release 18 . IT IS HEREBY ORDERED that pursuant to Title 28, Section 636(b)(1)(A)(B), U.S. Code, this motion is referred to Magistrate Judge Dave Whalin for a hearing, if necessary, and disposition.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc: counsel (NWT) (Entered: 03/23/2018) |
| 03/26/2018 | 20 | ORDER by Magistrate Judge Dave Whalin on 3/26/2018 granting 18 Motion to Modify Conditions of Release as to Devonte Johnson (1). The bond conditions are hereby modified to remove the conditions of home incarceration and location monitoring, re 11 Bond. All other terms and conditions of the bond shall remain the same. cc: Counsel (CDF) (Entered: 03/26/2018) |
| 04/25/2018 | 21 | TEXT ORDER by Chief Judge Joseph H. McKinley, Jr.; Pursuant to GO 2018−03, Case reassigned to Judge Rebecca G. Jennings for all further proceedings. Judge David J. Hale no longer assigned to case. cc:counsel (MLG) (Entered: 04/25/2018) |
| 06/28/2018 | 22 | TEXT ORDER by Judge Rebecca Grady Jennings on 6/28/2018; as to Devonte Johnson− This matter is set for a telephonic status conference on 7/10/2018 at 1:30 PM before Judge Rebecca Grady Jennings. The court will initiate the call. Please contact Andrea Morgan by email at andrea_morgan@kywd.uscourts.gov with your preferred contact telephone number by Noon on 7/6/2018.<br><br>This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.<br><br>cc:counsel (ARM) (Entered: 06/28/2018) |
| 07/12/2018 | 23 | MEMORANDUM OF CONFERENCE AND ORDER on proceedings held before Judge Rebecca Grady Jennings on 7/10/2018 as to Devonte Johnson − Jury Trial set for 10/16/2018 09:30 AM in Louisville Courtroom before Judge Rebecca Grady Jennings. Pretrial Conference set for 9/26/2018 10:00 AM in Louisville Courtroom before Judge Rebecca Grady Jennings. Expert Witness List due by 9/4/2018. Rebuttals due by 9/11/2018. Daubert Motion due by 9/18/2018. Suppression Motion due by 9/18/2018. Pre−trial Memorandum due by 9/25/2018. Motions in limine due by 10/2/2018 (Responses due by 10/9/2018 and no replies). Under the Speedy Trial Act, 7/10/2018 to 10/16/2018 is excludable time. cc:counsel, USP, Jury Administrator (DAK) (Entered: 07/12/2018) |
| 09/26/2018 | 24 | PLEA AGREEMENT as to Devonte Johnson (JM) (Entered: 09/26/2018) |
| 09/26/2018 | 25 | SEALED Supplemental Plea Agreement re 24 Plea Agreement. (DAK) (Entered: 09/28/2018) |
| 09/26/2018 | | Proceedings held before Judge Rebecca Grady Jennings:Change of Plea Hearing as to Devonte Johnson held on 9/26/2018 (Court Reporter April Dowell.) (DAK) (Entered: 10/01/2018) |
| 09/26/2018 | | Plea entered by Devonte Johnson (1) Guilty Count 1. (DAK) (Entered: 10/01/2018) |
| 10/01/2018 | 26 | ORDER FOLLOWING ENTRY OF GUILTY PLEA by Judge Rebecca Grady Jennings on 9/28/2018 as to Devonte Johnson − Sentencing set for 1/10/2019 10:00 AM in Louisville Courtroom before Judge Rebecca Grady Jennings. Defendant shall be allowed to remain on bond pending further order of the Court. cc: Counsel, USP (DAK) (Entered: 10/01/2018) |

| | | |
|---|---|---|
| 11/27/2018 | 27 | DISCLOSURE PRESENTENCE INVESTIGATION REPORT as to Devonte Johnson Counsel shall refer to the Court's website:http://www.kywd.uscourts.gov/e−filing Re:How Do I View Restricted Documents. (Attachments: # 1 Cover Sheet) (cdc) (Entered: 11/27/2018) |
| 12/13/2018 | 28 | FINAL PRESENTENCE INVESTIGATION REPORT (including addendum) as to Devonte Johnson Counsel shall refer to the Court's website:http://www.kywd.uscourts.gov/e−filing Re:How Do I View Restricted Documents. (Attachments: # 1 Addendum) (cdc) (Entered: 12/13/2018) |
| 01/09/2019 | 29 | SEALED MOTION for Leave to Seal a Document by USA by USA as to Devonte Johnson. (Attachments: # 1 Proposed Order) (Fentress, Larry) (Entered: 01/09/2019) |
| 01/09/2019 | 30 | Sealed Document by USA. (Fentress, Larry) Modified text to reflect sealed on 1/10/2019 (JM). (Entered: 01/09/2019) |
| 01/10/2019 | 31 | ORDER Signed by Judge Rebecca Grady Jennings on 1/10/2019 as to Devonte Johnson (1) granting 29 Sealed Motion for leave to file a Sealed Document. cc: Counsel (JM) (Entered: 01/10/2019) |
| 01/10/2019 | 32 | Proceedings held before Judge Rebecca Grady Jennings: Sentencing held on 1/10/2019. (Court Reporter: Digitally Recording.) (JM) (Entered: 01/10/2019) |
| 01/10/2019 | 33 | ACKNOWLEDGMENT OF WAIVER OF APPEAL RIGHTS by Devonte Johnson. (KD) (Entered: 01/11/2019) |
| 01/17/2019 | 34 | JUDGMENT and COMMITMENT ORDER by Judge Rebecca Grady Jennings on 1/17/2019 as to Devonte Johnson (1) −, Count(s) 1, BOP− 35 months; 3 years S/R; $100 SPA. cc: Counsel, USDC−Finance, USA−Forfeiture (DAK) (Entered: 01/17/2019) |
| 01/18/2019 | 35 | Statement of Reason(Sealed) re: 34 Judgment and Commitment. cc:USA/Applicable Counsel (JM) (Entered: 01/18/2019) |
| 05/27/2021 | 38 | USP − No Action as to Devonte Johnson Counsel shall refer to the Court's website:http://www.kywd.uscourts.gov/e−filing Re:How Do I View Restricted Documents. (cdc) (Entered: 05/27/2021) |
| 05/28/2021 | 39 | Notice to Eastern District of Michigan, Detroit Division, of a Transfer of Jurisdiction request as to Devonte Johnson. Jurisdiction will be transferred upon Court's acceptance. (SMJ) (Entered: 05/28/2021) |
| 06/01/2021 | 40 | Supervised Release Jurisdiction Transferred to Eastern District of Michigan−Detroit as to Devonte Johnson. (SMJ) (Entered: 06/01/2021) |
| 06/01/2021 | 41 | Notice to Eastern District of Michigan of a Transfer of Jurisdiction as to Devonte Johnson. Your case number is: 2:21−cr−20357. Docket sheet and documents attached. If you require a copy of the financial ledger, please email your request to kywd−finance@kywd.uscourts.gov. Request for certified copies of documents should be sent to kywdml_CRAssignment@kywd.uscourts.gov. (SMJ) (Entered: 06/01/2021) |